## Commonwealth *v.* Poulson, Appellant.

Before HEFFNER, J.

Submitted December 9, 1968. *W. D. Balitas*, Public Defender, for appellant; *William D. Hutchinson*, Assistant District Attorney, and *Richard B. Russell*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rakshys, Appellant.

Before OLSZEWSKI, J.

Submitted December 11, 1968. *John E. O'Connor*, for appellant; *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Roseborough, Appellant.

Before CULLEN, P. J., specially presiding.

Submitted December 11, 1968. *Samuel Roseborough*, appellant, in propria persona; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.